| | |
|---|---|
| Name | |
| PHILLIP MICHAEL ANGELLAN | |
| Prison Number 389508 | |
| Place of confinement | |
| Palmer Correctional Center | |
| Mailing address | |
| P.O. Box 919 | |
| City, State, Zip | |
| Palmer, Alaska 99645 | |
| Telephone (907) 745-5360 | |



**OCT 28 2025**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

PHILLIP MICHAEL ANGELLAN ,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

DEMETRIOS KARGAS ,

NANCY DAHLSTROM ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-00306-SLG

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Phillip Michael Angellan

(print your name)

Palmer Correctional Center

who presently resides at P.O. Box 919 Palmer, Alaska 99645 ,

(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Demetrios Kargas_____ is a citizen of
.............................(name)

_Alaska_____, and is employed as a _Superintendant_____.
....(state)..................................(defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Nancy Dahlstrom_____ is a citizen of
.............................(name)

_Alaska_____, and is employed as a _Former DOC Commissioner_____.
....(state)..................................(defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
.............................(name)

_____, and is employed as a_____.
....(state)..................................(defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about ___October 2021_____, my civil right to
(Date)
cruel and unusual punishment
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by _Demetrios Kargas_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Mr. Kargas was the Superintendant at the Yukon Kuskokwim

Correctional Center (YKCC). I was a pre-trial detainee while

I was there. While at YKCC around September of 2021, the well

water at YKCC became contaminated with sewage after a sewer pipe

burst. YKCC continued to use the contaminated well water and I

soon began to have stomach and intestinal problems. I started

vomiting blood and having severe cramps and stomach pain. My

medical and stomach issues continued to worsen. Others at the

facility were having similar issues. I wrote two RFI's to Mr.

Kargas about the contaminated water and the harm it was causing

me. I never received a response from Mr. Kargas. Around June or

July of 2022, I spoke with Mr. Kargas. I told him that drinking

the contaminated water has made me very sick. His response to me

was that YKCC had switched over to city water and it is now a

"city problem". I was forced to use the contaminated water at

YKCC before it was switched to "city water". Being forced to

use this water has caused me long-term harm that is continuing.

On 12-7-23 I was given a colonscopy at Susitna Surgery Center.

After this procedure I was told by the doctor that I have

"severe damage" to my stomach. I was also diagnoised with

H. Pylori. Both of these were caused from drinking the

contaminated water. Mr. Kargas failed to provide me with a safe

environment when I was a pre-trail detainee. This was cruel and

unusual punishment.

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about <u>October 2021</u>, my civil right to

(Date)

<u>Cruel and unusual punishment</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Nancy Dahlstrom</u>

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Ms. Dahlstrom was the Commissioner for the Department of Corrections-DOC- when I was arrested and housed at YKCC. I was housed in YKCC under the care and custody of Ms. Dahlstrom. As part of her duties and responsibilities is the well being and safety of all prisoners in the care of the DOC, including myself. It was during the time Ms. Dahlstrom was the Commissioner that I was continuously exposed to the sewage contaminated water that caused me significant harm. The sewage contaminated water at YKCC was the only water available to me for approximetly one year. During that year, myself and numerous others filed complaints about the water making us sick. It was known to the management at YKCC that the well water had became contaminated and took over one year for it to be fixed. I was eventually diagnoised with H. Pylori around August 2023, and I was diagnoised with having "severe damage" to my inner stomach and intestines after being given a Colonscopy on 12-7-23. This severe damage diagnoises is when I discovered how much harm drinking the contaminated water at YKCC has caused me. I wrote two RFI's complaining about the contaminated water, I received no response from either of them. I then filed a grievance (YK-22-29) This grievance was screened. I then filed an appeal. This appeal was never answered and this exhausted my administrative remedies.

Prisoner § 1983 - 4
PS01, Nov. 2013

<u>Claim 3</u>: On or about _____, my civil right to
                                        (Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
                from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
                        (Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __ __ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): _____

Defendant(s): _____ _____

Name and location of court: _____ _____

Docket number: _____ Name of judge: _____ _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____ _____

b. Lawsuit 2:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_X_ Yes _____ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _Moshe Zorea_

b. Name of federal court _U.S. District_     Case number: _3:22-cv-00134 KFR_
_Alaska_

c. The case was dismissed as: ___ frivolous, ___ malicious and/or _X_ failed to state a claim

d. Issue(s) raised: _Ineffective assistance of counsel_

e. Approximate date case was filed:_5-16-22_     Date of final decision: _9-20-22_

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes   _X_ No

If your answer is "Yes," please describe how you are in danger, without legal
argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 1,000,000.00

2. Punitive damages in the amount of $ 1,000,000.00

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: Future medical cost and any relief the court deems just.

Plaintiff demands a trial by jury. ___X___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Palmer Correctional Center_ on _10/22/25_
              (Location)                     (Date)

_Phillip Moulton_
      (Plaintiff's Signature)

_____       _____
Original Signature of Attorney (if any)          (Date)

_____

_____

_____

Attorney's Address and Telephone Number

Phillip Angellan #389508
Palmer Correctional Center
P.O. Box 919
Palmer, AK 99645



United States District Court
222 W. 7th Ave. #4
Anchorage, AK 99513-7564